**IT IS ORDERED as set forth below:**

**Date: July 24, 2019**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NUMBER: |
| | : | |
| **RODERICK BERNARD REED,** | : | **19-58818-SMS** |
| | : | |
| Debtor. | : | CHAPTER 7 |
| _____ | : | |

### ORDER DENYING DEBTOR'S APPLICATION FOR WAIVER OF CHAPTER 7 FILING FEE AND MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 13

Before the Court is *pro se* Debtor's *Application for Waiver of Chapter 7 Filing Fee* filed on June 5, 2019 and *Motion to Covert Chapter 7 Case to Chapter 13* filed on June 14, 2019 (the "Motions"). (Docs. 6, 14). A hearing was held on the Motions on July 24, 2019. Debtor was not present at the hearing. Accordingly, it is

**ORDERED** that the Motions (Doc. 6, 14) are **DENIED** for want of prosecution.

The Clerk of Court shall serve a copy of this Order on Debtor, the chapter 7 trustee, and the United States trustee.

**END OF DOCUMENT**